UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CANOPY ENERGY CALIFORNIA, et al.<br><br>　　　　　　　　　Defendants. | Case No.:   19cv2291-LAB (JLB)<br><br>**ORDER CONSTRUING FILINGS AS CONSENT BY ALL PARTIES AND COUNSEL TO MAGISTRATE JUDGE JURISDICTION** |

　　　The parties have filed consents to jurisdiction by Magistrate Judge Michael Berg. Defendants' consent (Docket no. 53) includes signatures of Defendants' counsel and of the four individual Defendants, but no separate signature for the corporate Defendant.[1] The Court construes the signature of its president, Lior Agam, as Agam's signature both on his own behalf and on behalf of the corporation.

---

[1] The complaint names Canopy Energy and Energy Enterprises USA, Inc. as separate corporate Defendants, but the parties have represented to the Court that Energy Enterprises USA, Inc. does business as Canopy Energy, and that the two are in fact one corporation.

1

19cv2291

Plaintiff Anton Ewing, who is proceeding *pro se*, did not sign the same consent form, but he did file a declaration saying he intended to consent and was frustrated that Defendants had not yet signed the consent. (Docket no. 52.) He also signed the joint motion to dismiss, which says "The parties have consented to Magistrate Judge Berg retaining jurisdiction and to enforce the agreement for a period of one year following the date of this order." (Docket no. 54 at 2:9–12.)

The Court construes these filings collectively as including the signatures of Ewing and all Defendants, as well as Defendants' counsel. If this is incorrect, the parties are directed to file a notice promptly, correcting the inaccuracy.

Otherwise, the Court will accept the consents as construed in this order and Judge Berg will be given continuing jurisdiction over this action, including jurisdiction to grant the joint motion to dismiss and jurisdiction to interpret and enforce the settlement agreement for a term of one year. Any correction must be filed no later than **April 8, 2021**.

**IT IS SO ORDERED**.

Dated:  April 5, 2021

_____
Honorable Larry Alan Burns
United States District Judge